Mr. Anthony McCullough
H-1-A-04/148985/MCI-H
18601 Roxbury Road
Hagerstown, Maryland 21746



October 3, 2007

Clerk of The Court
U.S. District Court
4415 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: <u>McCullough v Waters</u>
Case No. 97-CV3527
Civil Docket No. JFM 97-3527

Dear Clerk of the Court,

    I am trying to obtain a copy of the Post Conviction Transcript in the above referenced matter.

    I contacted the Circuit Court for Baltimore City and The Office of the Attorney General, both telling me they do not have the Post Conviction Transcript. So, I contacted the State Archives who stated: "The Archives does not have post conviction papers for Baltimore City after the year 1993".

    According to the Records Retention and Disposal Schedule for the Circuit Courts of Maryland (Schedule No 2330 p.22) Post Conviction cases are Retained Permanently where the total time to be served is twenty (20) years or more, life sentence or a death sentence; transfer periodically to State Archives.

    My records indicate that your office did have a copy of the transcript on or about 10-21-97, Can you Please check your Disposal Schedule for the records in case cited above and let me know where I can find the Post Conviction Transcript excluding the agencies I mention above.

    I thank you for your time and efforts in my most important request.

Sincerely yours,

*Anthony McCullough*
Anthony McCullough